## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21 Mag. 9657**　　　　　　　　　　　Date **1/10/2022**

USAO No. **2021R00910**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

United States v. **Gerald Anderson**

The Complaint/Rule 40 Affidavit was filed on **10/2/2021**

*U.S. Marshals please withdraw warrant*

**Margaret Lynaugh** — Digitally signed by Margaret Lynaugh
Date: 2022.01.10 15:13:29 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Margaret Lynaugh**

(print name if signature handwritten)

**SO ORDERED:**

DATE: **1/11/2022**

*[signature: Barbara Moses]*

Barbara Moses
UNITED STATES MAGISTRATE JUDGE